1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  ARTHUR OWENS,                    )   No.  1:16-cv-00275-AWI-JLT
                                     )
12              Plaintiff,           )   **STIPULATION FOR CONTINUANCE OF**
                                     )   **MANDATORY SCHEDULING**
13       vs.                         )   **CONFERENCE; [~~PROPOSED~~] ORDER**
                                     )
14  BAKERSFIELD HOLDINGS, LLC, et al.,)
                                     )   **(Doc. 9)**
15              Defendants.          )
                                     )
16                                   )
                                     )
17  _____ )

18       WHEREAS, a Mandatory Scheduling Conference in this action is currently set for April

19  28, 2016, pursuant to the Court's Order dated February 29, 2016 (Dkt. 4);

20       WHEREAS, Plaintiff, Arthur Owens ("Plaintiff"), and Defendants, Bakersfield

21  Holdings, LLC and Elias Kostianis dba Sugar Mill ("Defendants," and together with Plaintiff,

22  "the Parties") previously stipulated to an extension of time for Defendants responsive pleadings

23  such that the responsive pleadings were due on April 15, 2016;

24       WHEREAS, the Parties are engaging in settlement discussions and wish to exhaust such

25  efforts before incurring the fees and costs associated with responsive pleadings and the

26  Scheduling Conference, and to conserve Court resources;

27       NOW, THEREFORE, Plaintiff and Defendant Bakersfield Holdings, LLC, by and

28  through their respective counsel, and Defendant Elias Kostianis dba Sugar Mill, who is

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADINGS AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[~~PROPOSED~~] ORDER

Page 1

1  currently unrepresented and is specially appearing on his own behalf for the sole purpose of this
2  stipulation, stipulate to a six-week continuance of the Mandatory Scheduling Conference
3  currently set for April 28, 2016 to a date at the Court's convenience after June 9, 2016, and to a
4  further extension of time for Defendants' responsive pleadings such that they be due on May
5  27, 2016.

6

7  Dated: April 20, 2016                    MOORE LAW FIRM, P.C.

8

9                                          */s/ Tanya E. Moore*
                                           Tanya E. Moore
10                                         Attorney for Plaintiff,
                                           Arthur Owens
11

12 Dated: April 16, 2016                    VICTORY LAW GROUP, LLP

13                                         */s/ Erik S. Velie*
14                                         Erik S. Velie
                                           Attorney for Defendant,
15                                         Bakersfield Holdings, LLC

16

17

18 Dated: April 19, 2016                    */s/ Elias Kostianis*
                                           Defendant,
19                                         Elias Kostianis dba Sugar Mill

20

21 I attest that the signatures of the persons whose electronic signatures are shown above are
   maintained by me, and that their concurrence in the filing of this document and attribution of
22 their signatures was obtained.

23                                         */s/ Tanya E. Moore*
                                           Tanya E. Moore
24                                         Attorney for Plaintiff,
                                           Arthur Owens
25

26

27

28

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADINGS AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[~~PROPOSED~~] ORDER

Page 2

1

### ORDER

2      The parties having so stipulated and good cause appearing,

3      IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for

4  April 28, 2016 is continued to June 20, 2016 at 10:00 a.m before Magistrate Judge Jennifer L.

5  Thurston. The parties are to file their Joint Scheduling Report no later than seven days prior to

6  the conference.

7      IT IS FURTHER ORDERED that Defendants shall file their responsive pleadings on or

8  before May 27, 2016.

9

10  IT IS SO ORDERED.

11

12  Dated:   __April 20, 2016__              ____/s/ Jennifer L. Thurston__
                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADINGS AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

Page 3