UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | ) Case No. 1:16-cv-00275 AWI  JLT |
| Plaintiff, | ) **ORDER AFTER NOTICE OF** |
| vs. | ) **SETTLEMENT** |
| BAKERSFIELD HOLDINGS, LLC, et al., | ) **(Doc. 9)** |
| Defendants. | ) |

On May 5, 2016, Plaintiff notified the Court he has settled the matter.  (Doc. 9)  They report they will complete the settlement document by June 6, 2016. Id.  Thus, the Court **ORDERS**:

1. The parties **SHALL** file their stipulated dismissal no later than **June 6, 2016**;

2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

Dated:   **May 6, 2016**                                  **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE